# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3045

_____

SHRONDA SUE MYERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Judge.

February 27, 2019

PER CURIAM.

In this appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967), we affirm the revocation of Appellant's probation and the resulting judgment and sentence. However, we remand for the trial court to correct a scrivener's error in the order of revocation. The order of revocation erroneously states Appellant violated special condition 1 of the order of probation. Appellant was found not guilty of this allegation.

AFFIRMED and REMANDED for entry of a corrected order.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Andy Thomas, Public Defender, and Joel Arnold, Assistant Public
Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.